1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email: feschimaneck@drydenlaw.com; **E-filing**
          sefoe@drydenlaw.com
6
   Attorneys for Defendant
7  JLG INDUSTRIES, INC.

8

9               UNITED STATE DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ABDALLA BAKER,                    ) USDC Action No.  CV 08  2457 JCS
12                 Plaintiff,          ) [Alameda Superior No. RG083804__]
                                       )
13  v.                                 ) **NOTICE OF REMOVAL OF ACTION**
                                       ) **UNDER 28 U.S.C. SECTION 1441(b)**
14  JLG INDUSTRIES, INC.; ROBERT BOSCH ) **(DIVERSITY)**
    TOOL CORPORATION; SKIL; and DOES 1 )
15  TO 20,                             )
                                       )
16                                     ) Complaint filed:   April 7, 2008
                  Defendants.          )
17  _____)

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19       PLEASE TAKE NOTICE that defendant JLG Industries, Inc., hereby removes to this Court

20  the state court action described below.

21       1.    On or about April 7, 2008 an action was commenced in the Superior Court of the

22  State of California in and for the County of Alameda entitled *Abdalla Baker, plaintiff, vs. JLG*

23  *Industries, Inc, Robert Bosch Tool Corporation, Skil and Does 1 to 20, defendants*, as Case No.

24  RG08380408. A true and correct copy of the complaint is attached as Exhibit 1 to declaration of

25  Frank E. Schimaneck filed herewith.

26       2.    JLG Industries, Inc., was served with the complaint in this action on April 23, 2008.

27       3.    Defendant JLG Industries, Inc. is a corporation incorporated in the State of

28  Pennsylvania and with its principal place of business is in Pennsylvania, and its corporate

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

headquarters is in Maryland.

4. Upon information and belief, defendant Robert Bosch Tool Corporation is a corporation incorporated under the laws of the state of Delaware, with its principal place of business in Broadview, Illinois.

5. Upon information and belief, defendant Skil is a subsidiary of Bosch and/or brand name of Robert Bosch Tool Corporation.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and none of the remaining defendants are California citizens.

7. On information and belief, the plaintiff is a resident and citizen of California. He alleges that the injury occurred in the County of Alameda. He alleges that he was injured by a JLG manlift, and by a 7 1/4" Worm Drive SkilSaw, Model # HD77M. He seeks general damages, wage loss, hospital and medical expenses, loss of earning capacity and compensatory damages. It appears reasonably probable that the medical bills incurred by plaintiff to date, plus the costs for future medical care, plaintiff's past and future loss of earnings, and claimed non-economic damages would amount to $75,000 or more. It is therefore believed that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. This court has original jurisdiction under 28 U.S.C. §1332 and may be removed pursuant to 28 U.S.C. §1442(b). The parties, consisting of plaintiff, defendant JLG Industries, Inc., defendant Robert Bosch Tool Corporation, and defendant Skil are diverse, and the defendants are not citizens of the state of California. Given the above, complete diversity of citizenship exists, and none of the defendants are residents or citizens of the State of California, the matter may be removed at this time.

DATED: May 12, 2008.

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: _____
Susan E. Foe
Attorneys for Defendant
JLG INDUSTRIES, INC.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

*Baker, Abdalla vs. JLG Industries, Inc., et al.*
*Alameda Superior Number RG08380408*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY);**
- **DECLARATION OF FRANK E. SCHIMANECK IN SUPPORT OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY); and,**
- **DEFENDANT JLG INDUSTRIES, INC.'S DEMAND FOR JURY**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE: |
|---|---|---|---|
| 1) | *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California 94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

__X__ **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__X__ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 13, 2008*, at San Francisco, California.

*/s/ Linda Benson*
Linda Benson

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO
CALIFORNIA 94111
(415) 362-6715

3

Proof of Service

**JCS**
**CIVIL COVER SHEET**

E-filing

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
Abdalla Baker

### DEFENDANTS
JLG Industries, Inc.; Robert Bosch Tool Corporation; Skil; and Does 1 to 20

**(b)** County of Residence of First Listed Plaintiff: Alameda County, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Fulton County, Pennsylvania
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Cory A. Birnberg, Esq. / Birnberg & Associates
703 Market Street, Suite 600
San Francisco, California 94103
Tel: (415) 398-1040

Attorneys (If Known)

Frank E. Schimaneck, Esq. & Susan E. Foe, Esq.
Dryden, Margoles, Schimaneck & Wertz
505 Sansome Street, Sixth Floor
San Francisco, CA 94111   Tel: (415) 362-6715

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**TORTS - PERSONAL INJURY**: 362 Personal Injury Med. Malpractice; 365 Personal Injury Product Liability (circled)

### V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity 28 USC Section 1441(b)

Brief description of cause:
Plaintiff alleges he was injured by a JLG manlift and by a 7 1/4" SkilSaw. He seeks general damages, wage loss, etc.

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: May 12, 2008

SIGNATURE OF ATTORNEY OF RECORD

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
by Susan E. Foe

BY FAX