Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com;
  sefoe@drydenlaw.com

Attorneys for Defendant
JLG INDUSTRIES, INC.

E-filing

## UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDALLA BAKER, | ) USDC Action No. |
|   Plaintiff, | ) [Alameda Superior No. RG08380408] |
| v. | ) **DEFENDANT JLG INDUSTRIES, INC.'S DEMAND FOR JURY** |
| JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 TO 20, | ) |
|   Defendants. | ) |

Defendant JLG Industries, Inc. hereby requests a trial by jury.

DATED: May 9, 2008.

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: _____
Susan E. Foe
Attorneys for Defendant
JLG Industries, Inc.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO
CALIFORNIA 94111
(415) 362-6715

DEFENDANT JLG INDUSTRIES, INC.'S DEMAND FOR JURY

*Baker, Abdalla vs. JLG Industries, Inc., et al.*
*Alameda Superior Number RG08380408*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **DEFENDANT JLG INDUSTRIES, INC.'S DEMAND FOR JURY;**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE: |
|---|---|---|---|
| 1) | *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California 94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

**X**    **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

**X**    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**X**    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 13, 2008*, at San Francisco, California.

*/s/ Linda Benson*
Linda Benson

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2

Proof of Service