BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
SAMANTHA WILLIAMS (SBN 251344)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
ABDALLA BAKER

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDALLA BAKER,<br><br>        Plaintiff,<br>    vs.<br><br>JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 through 20,<br><br>        Defendants. | Case No.   CV-02457-JCS<br><br>[*Alameda Superior Court No. RG08380408*]<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL PURSUANT TO FRCP 38(b)** |

COMES NOW Plaintiff ABDALLA BAKER and demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated:  May 14, 2008                                BIRNBERG & ASSOCIATES


                                                                By:  __/s/ Cory A. Birnberg_____
                                                                Cory A. Birnberg
                                                                Attorneys for Plaintiff Abdalla Baker

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

PLAINTIFF'S DEMAND FOR JURY TRIAL PURSUANT TO FRCP 38(b)                    Case No.   CV-02457-JCS

-1-