1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email: feschimaneck@drydenlaw.com;
          sefoe@drydenlaw.com
6
   Attorneys for Defendant
7  JLG INDUSTRIES, INC.

8                    UNITED STATE DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (San Francisco Division)

11 ABDALLA BAKER,                    )  USDC Action No. CV-08-2457-JCS
                                     )
12           Plaintiff,              )  *[Alameda Superior No. RG08380408]*
                                     )
13 v.                                )  **CERTIFICATE OF SERVICE OF NOTICE**
                                     )  **TO ADVERSE PARTY OF REMOVAL TO**
14 JLG INDUSTRIES, INC.; ROBERT BOSCH)  **FEDERAL COURT**
   TOOL CORPORATION; SKIL; and DOES 1)
15 TO 20,                            )
                                     )
16           Defendants.            )
                                     )

17        I, Susan E. Foe, certify and declare as follows:

18        1.    I am over the age of 18 years and not a party to this action.

19        2.    My business address is 505 Sansome Street, Sixth Floor, San Francisco, California,

20 which is located in the city, county and state where the mailing described below took place.

21        On May 16, 2008, I caused to be deposited in the United States mail at San Francisco,

22 California, a copy of the Notice to Adverse Party of Removal to Federal Court dated May 16, 2008,

23 a copy of which is attached to this Certificate as Exhibit "A."

24        I declare under the penalty of perjury under the laws of the State of California that the

25 foregoing is true and correct.

26        Executed this 16th day of May, 2008 at San Francisco, California.

27                                       /s/ *Susan E. Foe*

28                                       _____
                                         Susan E. Foe, Declarant

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

                                    1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

*USDC Action No. CV-08-2457-JCS*

EXHIBIT "A"

1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email: feschimaneck@drydenlaw.com;
            sefoe@drydenlaw.com
6

7  Attorneys for Defendant
   JLG INDUSTRIES, INC.
8

9             IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

10               IN AND FOR THE COUNTY OF ALAMEDA

11                    (Unlimited Civil Jurisdiction)

12
   ABDALLA BAKER,                          ) No. RG08380408
13                                         )
                 Plaintiff,                 ) [Removed to USDC, Northern District of
14                                         ) California, Case No. CV-08-2457-JCS]
                                           )
   v.                                      )
15                                         ) **NOTICE TO ADVERSE PARTY OF**
   JLG INDUSTRIES, INC.; ROBERT BOSCH      ) **REMOVAL TO FEDERAL COURT**
16 TOOL CORPORATION; SKIL; and DOES 1      ) **UNDER 28 U.S.C. SECTION 1441(b)**
   TO 20,                                  ) **(DIVERSITY)**
17                                         )
                                           )
18               Defendants.               )
                                           )
19 _____

20 **TO:    THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
           OF RECORD**
21
           **PLEASE TAKE NOTICE** that the above-entitled action has been removed to the United
22
   States District Court for the Northern District of California, San Francisco Division.  The Notice of
23
   Removal in this action was filed with the San Francisco Division on May 13, 2008.  A copy of the
24
   Notice of Removal is attached hereto as Exhibit "A."
25
   DATED:  May 16, 2005.            **DRYDEN, MARGOLES, SCHIMANECK
26                                    & WERTZ**

27                                   _____
                                     Susan E. Foe
28                                   Attorneys for Defendant,
                                     JLG INDUSTRIES, INC.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

EXHIBIT "A"

FILED
08 MAY 13 PM 3: 56
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

1 Frank E. Schimaneck, Esq. (SBN 73912)
  Susan E. Foe, Esq. (SBN 148730)
2 DRYDEN, MARGOLES, SCHIMANECK & WERTZ
  A Law Corporation
3 505 Sansome Street, Sixth Floor
  San Francisco, California 94111
4 Telephone: (415) 362-6715
  Facsimile: (415) 362-0638
5 Email: feschimaneck@drydenlaw.com: **E-filing**
        sefoe@drydenlaw.com
6
  Attorneys for Defendant
7 JLG INDUSTRIES, INC.

8

9                    UNITED STATE DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ABDALLA BAKER,                )  USDC Action No.    **2457**

12              Plaintiff,         )  *[Alameda Superior No. RG08380408* **JCS**
                                   )
13  v.                            )  **NOTICE OF REMOVAL OF ACTION**
                                   )  **UNDER 28 U.S.C. SECTION 1441(b)**
14  JLG INDUSTRIES, INC.; ROBERT BOSCH  )  **(DIVERSITY)**
    TOOL CORPORATION; SKIL; and DOES 1 )
15  TO 20,                        )
                                   )
16                                )  Complaint filed:    April 7, 2008
                Defendants.        )
17  _____)

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19       PLEASE TAKE NOTICE that defendant JLG Industries, Inc., hereby removes to this Court

20  the state court action described below.

21       1.    On or about April 7, 2008 an action was commenced in the Superior Court of the

22  State of California in and for the County of Alameda entitled *Abdalla Baker, plaintiff, vs. JLG*

23  *Industries, Inc, Robert Bosch Tool Corporation, Skil and Does 1 to 20, defendants,* as Case No.

24  RG08380408. A true and correct copy of the complaint is attached as Exhibit 1 to declaration of

25  Frank E. Schimaneck filed herewith.

26       2.    JLG Industries, Inc., was served with the complaint in this action on April 23, 2008.

27       3.    Defendant JLG Industries, Inc. is a corporation incorporated in the State of

28  Pennsylvania and with its principal place of business is in Pennsylvania, and its corporate

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

1  headquarters is in Maryland.

2      4.    Upon information and belief, defendant Robert Bosch Tool Corporation is a

3  corporation incorporated under the laws of the state of Delaware, with its principal place of business

4  in Broadview, Illinois.

5      5.    Upon information and belief, defendant Skil is a subsidiary of Bosch and/or brand

6  name of Robert Bosch Tool Corporation.

7      6.    This action is a civil action of which this Court has original jurisdiction under 28

8  U.S.C. §1441(b) in that it is a civil action between citizens of different states, and none of the

9  remaining defendants are California citizens.

10      7.    On information and belief, the plaintiff is a resident and citizen of California. He

11  alleges that the injury occurred in the County of Alameda. He alleges that he was injured by a JLG

12  manlift, and by a 7 1/4" Worm Drive SkilSaw, Model # HD77M. He seeks general damages, wage

13  loss, hospital and medical expenses, loss of earning capacity and compensatory damages. It appears

14  reasonably probable that the medical bills incurred by plaintiff to date, plus the costs for future

15  medical care, plaintiff's past and future loss of earnings, and claimed non-economic damages would

16  amount to $75,000 or more. It is therefore believed that the matter in controversy exceeds the sum

17  of $75,000, exclusive of interest and costs.

18      8.    This court has original jurisdiction under 28 U.S.C. §1332 and may be removed

19  pursuant to 28 U.S.C. §1442(b). The parties, consisting of plaintiff, defendant JLG Industries, Inc.,

20  defendant Robert Bosch Tool Corporation, and defendant Skil are diverse, and the defendants are

21  not citizens of the state of California. Given the above, complete diversity of citizenship exists, and

22  none of the defendants are residents or citizens of the State of California, the matter may be removed

23  at this time.

24  DATED: May 12, 2008.      **DRYDEN, MARGOLES, SCHIMANECK & WERTZ**

26      By:    Susan E. Foe
27      Attorneys for Defendant
JLG INDUSTRIES, INC.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ

2

**_Baker, Abdalla vs. JLG Industries, Inc., et al._**
**_Alameda Superior Number RG08380408_**

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY);**
- **DECLARATION OF FRANK E. SCHIMANECK IN SUPPORT OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY); and,**
- **DEFENDANT JLG INDUSTRIES, INC.'S DEMAND FOR JURY**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | **ATTORNEY FOR:** | **ATTORNEY:** | **MANNER OF SERVICE:** |
|---|---|---|---|
| **1)** | *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California 94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

_X_ **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_X_ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_X_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 13, 2008*, at San Francisco, California.

Linda Benson

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO
CALIFORNIA 94111
(415) 362-6715

3

Proof of Service

1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email: feschimaneck@drydenlaw.com;
          sefoe@drydenlaw.com
6
   Attorneys for Defendant
7  JLG INDUSTRIES, INC.

8

9                      UNITED STATE DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
   ABDALLA BAKER,                      )   USDC Action No.
13                                     )
                  Plaintiff,           )   [Alameda Superior No. RG08380408]
14                                     )
   v.                                  )   DECLARATION OF FRANK E.
15                                     )   SCHIMANECK IN SUPPORT OF
   JLG INDUSTRIES, INC.; ROBERT BOSCH  )   REMOVAL OF ACTION UNDER 28 U.S.C.
16 TOOL CORPORATION; SKIL; and DOES 1  )   SECTION 1441(b) (DIVERSITY)
   TO 20.                              )
17                                     )
                                       )
18                Defendants.          )
                                       )
19                                     )   Complaint filed:     April 7, 2008
                                       )
20 _____)

21        I, Frank E. Schimaneck, declare:

22        1.     I am an attorney duly authorized to practice law in all the courts of this state and am a

23 member of the firm of Dryden, Margoles, Schimaneck & Wertz, attorneys of record for defendant

24 JLG Industries, Inc. in this action.

25        2.     On or about April 7, 2008 an action was commenced in the Superior Court of the

26 State of California in and for the County of Alameda entitled *Abdalla Baker, plaintiff, vs. JLG*

27 *Industries, Inc, Robert Bosch Tool Corporation, Skil and Does 1 to 20, defendants*, as Case No.

28 RG08380408.  A true and correct copy of the complaint is attached hereto as Exhibit 1.

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

                                          1

3.      JLG Industries, Inc., was served with the complaint in this action on or about April 23, 2008.

4.      Defendant JLG Industries, Inc. is a corporation incorporated in the State of Pennsylvania and its principal place of business is in Pennsylvania, and its corporate headquarters is in Maryland.

5.      Upon information and belief, defendant Robert Bosch Tool Corporation is a corporation incorporated under the laws of the state of Delaware, with its principal place of business in Broadview, Illinois.

6.      Upon information and belief, defendant Skil is a subsidiary of Bosch and/or brand name of Robert Bosch Tool Corporation.

7.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and none of the remaining defendants are California citizens.

8.      I have placed telephone calls to plaintiff's counsel, Cory A. Birnberg, on several occasions, but have been unable to reach him.  I also wrote to him on May 8, 2008, requesting that he call to discuss the matter.  He has not returned my calls nor responded to my correspondence.  A true and correct copy of my letter is attached as Exhibit 2.

9.      On information and belief, the plaintiff is a resident and citizen of California.  He alleges that the injury occurred in the County of Alameda.  He alleges that he was injured by a JLG manlift, and by a 7 1/4" Worm Drive SkilSaw, Model # HD77M.  He seeks general damages, wage loss, hospital and medical expenses, loss of earning capacity and compensatory damages.  It appears reasonably probable that the medical bills incurred by plaintiff to date, plus the costs for future medical care, plaintiff's past and future loss of earnings, and claimed non-economic damages would amount to $75,000 or more.  It is therefore believed that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10.     This court has original jurisdiction under 28 U.S.C. §1332 and may be removed pursuant to 28 U.S.C. §1442(b).  The parties, consisting of plaintiff, defendant JLG Industries, Inc., defendant Robert Bosch Tool Corporation, and defendant Skil are diverse, and the defendants are

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2

1  not citizens of the state of California.  Given the above, complete diversity of citizenship exists, and

2  none of the defendants are residents or citizens of the State of California, the matter may be removed

3  at this time.

4       10.    Written notice of the filing of this notice of removal has been given to the plaintiff's

5  counsel, together with a copy of the notice of removal and supporting documents, which will be filed

6  with the clerk in the state court as provided by U.S.C. §1441. et seq.

7       I declare under the penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct.

9       Executed this 10th day of May, 2008 at San Francisco, California.

10

11

12                        Frank E. Schimaneck, Declarant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

3

DECLARATION OF FRANK E. SCHIMANECK IN SUPPORT OF REMOVAL OF ACTION
UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

# EXHIBIT "1"

|||
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Cory A. Birnberg SBN 105468 / Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, CA 94103<br>415-398-1040<br>TELEPHONE NO: (415) 398-1040        FAX NO. *(Optional):* 415-398-2001<br>E-MAIL ADDRESS *(Optional):* birnberg@birnberg.com<br>ATTORNEY FOR *(Name):* Abdalla Baker | ‖‖‖‖‖‖‖‖‖‖ **001**<br>*6490226*<br><br>ALAMEDA COUNTY<br><br>APR 0 7 2008<br><br>CLERK OF THE SUPERIOR COURT<br>By _____<br>Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: Rene C. Davidson Courthouse
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA, 94612
BRANCH NAME:

PLAINTIFF: Abdalla Baker

DEFENDANT: JLG Industries, Inc.; Robert Bosch Tool Corporation; Skil

[X] DOES 1 TO    20

| **COMPLAINT---Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED *(Number)*:**<br>**Type** *(check all that apply):*<br>[ ] MOTOR VEHICLE    [X] OTHER *(specify):* Products Liability<br>[ ] Property Damage    [ ] Wrongful Death<br>[X] Personal Injury    [X] Other Damages *(specify):* general, special, present and future wage | |
|---|---|
| **Jurisdiction** *(check all that apply):*<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>   Amount demanded    [ ] does not exceed $10,000<br>                   [ ] exceeds $10,000, but does not exceed $25,000<br>[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | **CASE NUMBER:**<br><br>*RG* 08380403 |

1. **Plaintiff** *(name or names):* Abdalla Baker
   alleges causes of action against **defendant** *(name or names):* JLG Industries, Inc.; Robert Bosch Tool Corporation; Skil

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. [ ]   **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ]   **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

*ORIGINAL*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. JLG Industries, Inc. et al. | |

4. [  ] Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. [x] **except** defendant (name): JLG Industries, Inc.
   - (1) [  ] a business organization, form unknown
   - (2) [x] a corporation
   - (3) [  ] an unincorporated entity (describe):

   - (4) [  ] a public entity (describe):

   - (5) [  ] other (specify):

   c. [x] **except** defendant (name): Robert Bosch Tool Corp.
   - (1) [  ] a business organization, form unknown
   - (2) [x] a corporation
   - (3) [  ] an unincorporated entity (describe):

   - (4) [  ] a public entity (describe):

   - (5) [  ] other (specify):

   b. [x] **except** defendant (name): Skil
   - (1) [x] a business organization, form unknown
   - (2) [  ] a corporation
   - (3) [  ] an unincorporated entity (describe):

   - (4) [  ] a public entity (describe):

   - (5) [  ] other (specify):

   d. [  ] **except** defendant (name):
   - (1) [  ] a business organization, form unknown
   - (2) [  ] a corporation
   - (3) [  ] an unincorporated entity (describe):

   - (4) [  ] a public entity (describe):

   - (5) [  ] other (specify):

   [  ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. [x] Doe defendants (specify Doe numbers): _____1-10_____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. [x] Doe defendants (specify Doe numbers): _____11-20_____ are persons whose capacities are unknown to plaintiff.

7. [  ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

   a. [  ] at least one defendant now resides in its jurisdictional area.
   b. [  ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [  ] other (specify):

9. [  ] Plaintiff is required to comply with a claims statute, and

   a. [  ] has complied with applicable claims statutes, or
   b. [  ] is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

©EB    Page 2 of 3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. JLG Industries, Inc. et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [x] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [x] wage loss
   b. [ ] loss of use of property
   c. [x] hospital and medical expenses
   d. [x] general damage
   e. [ ] property damage
   f. [x] loss of earning capacity
   g. [x] other damage *(specify):* Such other and further relief as the court may deem appropriate.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [x] according to proof
      (2) [ ] in the amount of: $

15. [x] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: April 7, 2008

_____
Cory A. Birnberg
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. JLG Industries, Inc. et al. | |

_____First_____    **CAUSE OF ACTION—Products Liability**    Page ___4___
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Abdalla Baker

Prod. L-1. On or about *(date):* April 7, 2006          plaintiff was injured by the following product:
JLG Industries, Inc. manlift

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X] used in the manner intended by the defendants.
[X] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.          [X] user of the product.
[ ] bystander to the use of the product.          [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4. [X]  **Count One—Strict liability** of the following defendants who
a. [X] manufactured or assembled the product *(names):*
JLG Industries, Inc.

[X] Does ___1___ to ___20___
b. [X] designed and manufactured component parts supplied to the manufacturer *(names):*
JLG Industries, Inc.

[X] Does ___1___ to ___20___
c. [X] sold the product to the public *(names):*
JLG Industries, Inc.

[X] Does ___1___ to ___20___
Prod. L-5. [X]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
JLG Industries, Inc.

[X] Does ___1___ to ___20___
Prod. L-6. [X]  **Count Three—Breach of warranty** by the following defendants *(names):*
JLG Industries, Inc.

[X] Does ___1___ to ___20___
a. [X] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written  [ ] oral
Prod. L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [X] as follows: Does 1-20, for reasons presently unknown.
Plaintiff prays therefore to amend this cause of action as necessary when the reasons for such liability are ascertained.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-C01(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
CEB

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. JLG Industries, Inc. et al. | |

_____Second_____    **CAUSE OF ACTION—Products Liability**    Page   ___5___
(number)

ATTACHMENT TO [ X ] Complaint   [   ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* Abdalla Baker

Prod. L-1. On or about *(date):* April 7, 2006      plaintiff was injured by the following product:
     7 1/4" Worm Drive SkilSaw, Model #HD77M

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury
was being
     [ X ] used in the manner intended by the defendants.
     [ X ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
         readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
     [   ] purchaser of the product.        [ X ] user of the product.
     [   ] bystander to the use of the product.      [   ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4. [ X ]   **Count One—Strict liability** of the following defendants who
       a. [ X ] manufactured or assembled the product *(names):*
           Robert Bosch Tool Corporation

           [ X ] Does ___1___ to ___20___

       b. [ X ] designed and manufactured component parts supplied to the manufacturer *(names):*
           Robert Bosch Tool Corporation

           [ X ] Does ___1___ to ___20___

       c. [ X ] sold the product to the public *(names):*
           Robert Bosch Tool Corporation

           [ X ] Does ___1___ to ___20___

Prod . L-5. [ X ]   **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
       Robert Bosch Tool Corporation

           [ X ] Does ___1___ to ___20___

Prod. L-6. [ X ]   **Count Three—Breach of warranty** by the following defendants *(names):*
       Robert Bosch Tool Corporation

           [ X ] Does ___1___ to ___20___
       a. [ X ] who breached an implied warranty
       b. [   ] who breached an express warranty which was
           [   ] written    [   ] oral

Prod. L-7. [ X ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
     [   ] listed in Attachment-Prod. L-7 [ X ] as follows: Does 1-20, for reasons presently unknown.
     Plaintiff prays therefore to amend this cause of action as necessary when the reasons for such liability
     are ascertained.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

©EB

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. JLG Industries, Inc. et al. | |

_____Third_____ **CAUSE OF ACTION—Products Liability**    Page ___6___
(number)

ATTACHMENT TO   [ x ]  Complaint   [ ]  Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Abdalla Baker

Prod. L-1. On or about *(date):* April 7, 2006          plaintiff was injured by the following product:
7 1/4" Worm Drive SkilSaw, Model #HD77M

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [ x ]  used in the manner intended by the defendants.
   [ x ]  used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [ ]  purchaser of the product.          [ x ]  user of the product.
   [ ]  bystander to the use of the product.          [ ]  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [ x ]  **Count One—Strict liability** of the following defendants who
   a.  [ x ]  manufactured or assembled the product *(names):*
      Skil

     [ x ]  Does ____1____ to ____20____

   b.  [ x ]  designed and manufactured component parts supplied to the manufacturer *(names):*
      Skil

     [ x ]  Does ____1____ to ____20____

   c.  [ x ]  sold the product to the public *(names):*
      Skil

     [ x ]  Does ____1____ to ____20____

Prod . L-5.  [ x ]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
   Skil

     [ x ]  Does ____1____ to ____20____

Prod. L-6.  [ x ]  **Count Three—Breach of warranty** by the following defendants *(names):*
   Skil

     [ x ]  Does ____1____ to ____20____

   a.  [ x ]  who breached an implied warranty
   b.  [ ]  who breached an express warranty which was
      [ ]  written   [ ]  oral

Prod. L-7.  [ x ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ]  listed in Attachment-Prod. L-7  [ x ]  as follows: Does 1-20, for reasons presently unknown.
      Plaintiff prays therefore to amend this cause of action as necessary when the reasons for such liability are ascertained.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

©EB

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# EXHIBIT "2"

# DRYDEN, MARGOLES, SCHIMANECK & WERTZ
### A LAW CORPORATION

CHARLES V. BARFIELD
(1889-1966)
THOMAS J. BARFIELD
(1914-1983)

505 SANSOME STREET, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE (415) 362-6715
FACSIMILE (415) 362-0638

WWW.DRYDENMARGOLES.COM

Frank E. Schimaneck, Esq.
feschimaneck@drydenlaw.com

May 8, 2008

***Via Facsimile & U.S. Mail***
***fax no.: (415) 398-2001***

Cory A. Birnberg, Esq.
Attorney at Law
703 Market Street, Suite 600
San Francisco, CA 94103

  **Re:** ***Baker, Abdalla vs. JLG Industries, Inc., et al.***

Dear Mr. Birnberg:

  We are the attorneys for JLG Industries, Inc. in this case. We have been unable to reach you by telephone.

  Could you please call.

     Very truly yours,

     **DRYDEN, MARGOLES, SCHIMANECK**
     **& WERTZ**

     Frank E. Schimaneck

/FES

# DRYDEN, MARGOLES, SCHIMANECK & WERTZ

505 Sansome Street, Sixth Floor
San Francisco, California 94111
❖❖❖❖❖
Phone: (415) 362-6715
Fax: (415) 362-0638

## FAX TRANSMITTAL SHEET

DATE:                           **May 8, 2008**

TO:

| *Cory A. Birnberg, Esq.* | *fax no.: (415) 398-2001* |
|---|---|

PAGES SENT,
INCLUDING THIS PAGE:        **2**

FROM:                           **Frank E. Schimaneck**

CLIENT/MATTER NO.:              **VERI.12534**

REGARDING:                      *Baker, Abdalla vs. JLG Industries, Inc., et al.*

## COMMENTS:

*Please see attached letter to you of this date.  Thank you.*

PLEASE PHONE OUR OFFICE IF THE NUMBER OF PAGES NOTED ABOVE HAVE NOT
BEEN RECEIVED.  THANK YOU!

*The original/copy will follow by mail.  [ ✗ ]*

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR
DELIVERING IT TO THE INTENDED RECIPIENT, DO NOT USE OR DISCLOSE THIS FACSIMILE.  IF YOU HAVE RECEIVED THIS
FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL TO DRYDEN, MARGOLES,
SCHIMANECK & WERTZ VIA THE U.S. POSTAL SERVICE.  THANK YOU.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR

```
                          *********************
                          ***   TX REPORT    ***
                          *********************


         TRANSMISSION OK

         TX/RX NO              0554
         CONNECTION TEL                ##685#3982001
         CONNECTION ID
         ST. TIME             05/08 15:10
         USAGE T              00'38
         PGS. SENT               2
         RESULT               OK
```

# DRYDEN, MARGOLES, SCHIMANECK & WERTZ

505 Sansome Street, Sixth Floor
San Francisco, California 94111
❖❖❖❖❖
Phone: (415) 362-6715
Fax: (415) 362-0638

## FAX TRANSMITTAL SHEET

DATE:                    **May 8, 2008**

TO:

| *Cory A. Birnberg, Esq.* | *fax no.: (415) 398-2001* |

PAGES SENT,
INCLUDING THIS PAGE:      **2**

FROM:                     **Frank E. Schimaneck**

CLIENT/MATTER NO.:        **VERI.12534**

REGARDING:                *Baker, Abdalla vs. JLG Industries, Inc., et al.*

## COMMENTS:

*Please see attached letter to you of this date. Thank you.*

PLEASE PHONE OUR OFFICE IF THE NUMBER OF PAGES NOTED ABOVE HAVE NOT
BEEN RECEIVED. THANK YOU!

*The original/copy will follow by mail. [ ✗ ]*

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR

*Baker, Abdalla vs. JLG Industries, Inc., et al.*
**Alameda Superior Number RG08380408**

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

• **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY);**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | **ATTORNEY FOR:** | **ATTORNEY:** | **MANNER OF SERVICE:** |
|---|---|---|---|
| 1) | *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq. Birnberg & Associates 703 Market Street, Suite 600 San Francisco, California 94103 PHONE:(415) 398-1040 FAX:(415) 398-2001 E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

**X**  MAIL: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

**X**  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**X**  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 16, 2008*, at San Francisco, California.

*Linda Benson*
**Linda Benson**

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2

*Baker, Abdalla vs. JLG Industries, Inc., et al.*
**USDC, Northern District of California, Action No. CV-08-2457-JCS**

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

• **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE: |
|---|---|---|
| **1)** *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California  94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

**X** **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

**X** **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**X** **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 16, 2008*, at San Francisco, California.

/s/ *Linda Benson*
(original signature retained by attorney Susan E. Foe)

_____
**Linda Benson**

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

Proof of Service