UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Abdalla Baker

        Plaintiff(s),

  v.

JLG Industries, Inc., et al.

        Defendant(s).

No. C 08-02457 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 23, 2008

**Dryden, Margoles, Schimaneck & Wertz**

By: /s/ Susan E. Foe
Signature **Susan E. Foe**

Counsel for defendant JLG Industries, Inc.
(Plaintiff, Defendant or indicate "pro se")

*Baker, Abdalla vs. JLG Industries, Inc., et al.*
*USDC, Northern District of California, Action No. CV-08-2457-JCS*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE: |
|---|---|---|
| 1) *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California 94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

**X**   **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

**X**   **EMAIL/PACER/ECF:** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45.

**X**   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**X**   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 23, 2008*, at San Francisco, California.

/s/ *Linda Benson*
(original signature retained by attorney Susan E. Foe)

*Linda Benson*

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715