Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com;
       sefoe@drydenlaw.com

Attorneys for Defendant
JLG INDUSTRIES, INC.

UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ABDALLA BAKER, | USDC Action No. C-08-2457-JCS |
| Plaintiff, | *[Alameda Superior No. RG08380408]* |
| v. | **DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P., RULE 7.1** |
| JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 TO 20, | |
| Defendants. | |

COMES NOW defendant JLG INDUSTRIES, INC., pursuant to the Fed. R. Civ. P., Rule 7.1, and files this Disclosure Statement and for such would show the court as follows:

The interested parties in this suit on behalf of JLG Industries, Inc., are:

• JLG Industries, Inc., a Pennsylvania corporation; and,

• Oshkosh Truck Corporation, a Wisconsin corporation.

DATED:   June 23, 2008.          **DRYDEN, MARGOLES, SCHIMANECK & WERTZ**

By:  /s/ *Susan E. Foe*
     _____
     Susan E. Foe
     Attorneys for Defendant
     JLG INDUSTRIES, INC.

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P., RULE 7.1

*USDC Action No. C-08-2457-JCS*

*__Baker, Abdalla vs. JLG Industries, Inc., et al.__*
*__USDC, Northern District of California, Action No. CV-08-2457-JCS__*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P., RULE 7.1 ;**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | ATTORNEY FOR: | ATTORNEY: | MANNER OF SERVICE: |
|---|---|---|---|
| **1)** | *Attorneys for Plaintiffs* | Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>703 Market Street, Suite 600<br>San Francisco, California 94103<br>PHONE:(415) 398-1040<br>FAX:(415) 398-2001<br>E-MAIL:birnberg@birnberg.com | *VIA MAIL* |

__X__    **EMAIL/PACER/ECF:** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45.

__X__    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__X__    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *May 23, 2008*, at San Francisco, California.

/s/ *Linda Benson*

(original signature retained by attorney Susan E. Foe)

Linda Benson

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1    *Baker, Abdalla vs. JLG Industries, Inc., et al.*
     *USDC, Northern District of California, Action No. CV-08-2457-JCS*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

Proof of Service