1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

Abdalla Baker

9                                          No. C  08-02457 JCS

10          Plaintiff(s),            **CONSENT TO PROCEED BEFORE A**
                                     **UNITED STATES MAGISTRATE JUDGE**
11      v.

JLG Industries, Inc., et al.

12

13          Defendant(s).
                                        /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: May 27, 2008                    **/s/ Cory A. Birnberg**

22                                         Signature **Cory A. Birnberg**

                                           Counsel for   Plaintiff Abdalla Baker
23                                         (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28