1  JACK B. MCCOWAN, JR. (SBN: 062056)
   MELISSA M. FAIRBROTHER (SBN: 149787)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5  Email: jmccowan@gordonrees.com
   Email: mfairbrother@gordonrees.com
6
   Attorneys for Defendant
7  ROBERT BOSCH TOOL CORPORATION

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    (San Francisco Division)

12 ABDALLA BAKER,                  ) CASE NO. CV-08-2457-JCS
                                   )
13              Plaintiff,         ) [Alameda Superior No. RG08380408]
                                   )
14       vs.                       ) **ANSWER TO COMPLAINT FOR**
                                   ) **DAMAGES**
15 JLG INDUSTRIES, INC.; ROBERT BOSCH )
   TOOL CORPORATION; SKIL; and DOES 1 )
16 TO 20,                          )
                                   )
17              Defendant.         )
                                   )
18 ─────────────────────────────────

19
        COMES NOW defendant Robert Bosch Tool Corporation (hereinafter referred to as
20
   "defendant"), and answers the complaint of plaintiff Abdalla Baker (hereinafter referred to as
21
   "Plaintiff") in accordance with the numbered paragraphs:
22
        1.   Responding to paragraph 1, defendant admits the allegations.
23
        2.   Responding to paragraph 2, defendant admits the allegations.
24
        3.   Responding to paragraph 5a, defendant is without sufficient knowledge or
25
   information to form a belief as to the truth of the allegations contained in this paragraph, and on
26
   that basis denies each and every allegation.
27
        4.   Responding to paragraph 5b, defendant admits the allegation.
28

5.      Responding to paragraph 5c, defendant admits the allegation.

6.      Responding to paragraph 6a, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those paragraphs, and on that basis denies each and every allegation.

7.      Responding to paragraph 6b, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those paragraphs, and on that basis denies each and every allegation.

8.      Responding to paragraph 8, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis denies each and every allegation.

9.      Responding to paragraph 10, defendant admits the allegations.

10.      Responding to paragraph 11, defendant denies the allegations.

11.      Responding to paragraph 13, defendant denies that the complaint is within the jurisdiction of the Superior Court of California-County of Alameda.  The United States District Court-Northern District of California-San Francisco Division is the proper jurisdiction to hear this complaint.

12.      Responding to paragraph 14, defendant denies the allegations.

13.      Responding to paragraph 15, defendant denies the allegations.

**First Cause of Action**

14.      Responding to the first cause of action, Products Liability, attached to the form complaint and located at page 4, defendant admits that Abdalla Baker is the plaintiff.

15.      Responding to the first cause of action, Products Liability, section "Prod. L-1", attached to the form complaint and located at page 4, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in the paragraph, and on that basis denies each and every allegation.

16.      Responding to the first cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 4, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "defendant knew the product

1  would be purchased and used without inspection for defects", and on that basis denies the
2  allegation.
3      17.    Responding to the first cause of action, Products Liability, section "Prod. L-2",
4  attached to the form complaint and located at page 4, defendant is without sufficient knowledge
5  or information to form a belief as to the truth of the allegation that the JLG Industries, Inc.
6  manlift product was defective when it left the control of each defendant, and on that basis denies
7  the allegation.
8      18.    Responding to the first cause of action, Products Liability, section "Prod. L-2",
9  attached to the form complaint and located at page 4, defendant is without sufficient knowledge
10 or information to form a belief as to the truth of the allegation that "The product at the time of
11 the injury was being used in a manner intended by the defendants", and on that basis denies the
12 allegation.
13     19.    Responding to the first cause of action, Products Liability, section "Prod. L-2",
14 attached to the form complaint and located at page 4, defendant is without sufficient knowledge
15 or information to form a belief as to the truth of the allegation that "The product at the time of
16 the injury was being used in a manner that was reasonably foreseeable by defendants as
17 involving a substantial danger not readily apparent", and on that basis denies the allegation.
18     20.    Responding to the first cause of action, Products Liability, section "Prod. L-2",
19 attached to the form complaint and located at page 4, defendant denies that adequate warnings of
20 the danger were not given.
21     21.    Responding to the first cause of action, Products Liability, section "Prod. L-3",
22 attached to the form complaint and located at page 4, defendant is without sufficient knowledge
23 or information to form a belief as to the truth of the allegation that Plaintiff was a user of the
24 product, and on that basis denies the allegation.
25     22.    Responding to the first cause of action, Products Liability, section "Prod. L-4",
26 subsection (a), attached to the form complaint and located at page 4, defendant is without
27 sufficient knowledge or information to form a belief as to the truth of the allegation that JLG
28 Industries, Inc. "manufactured or assembled the product", and on that basis denies the allegation.

-3-
ANSWER TO COMPLAINT FOR DAMAGES - Case No. CV-08-2457-JCS

1    23.    Responding to the first cause of action, Products Liability, section "Prod. L-4",
2    subsection (b), attached to the form complaint and located at page 4, defendant is without
3    sufficient knowledge or information to form a belief as to the truth of the allegation that JLG
4    Industries, Inc. "designed and manufactured component parts supplied to the manufacturer", and
5    on that basis denies the allegation.

6    24.    Responding to the first cause of action, Products Liability, section "Prod. L-4",
7    subsection (c), attached to the form complaint and located at page 4, defendant is without
8    sufficient knowledge or information to form a belief as to the truth of the allegation that JLG
9    Industries, Inc. "sold the product to the public", and on that basis denies the allegation.

10    25.    Responding to the first cause of action, Products Liability, section "Prod. L-5",
11    attached to the form complaint and located at page 4, defendant is without sufficient knowledge
12    or information to form a belief as to the truth of the allegations contained in the paragraph and on
13    that basis denies each and every allegation.

14    26.    Responding to the first cause of action, Products Liability, section "Prod. L-6",
15    attached to the form complaint and located at page 4, defendant is without sufficient knowledge
16    or information to form a belief as to the truth of the allegations contained in the paragraph and on
17    that basis denies each and every allegation.

18    27.    Responding to the first cause of action, Products Liability, section "Prod. L-7",
19    attached to the form complaint and located at page 4, defendant is without sufficient knowledge
20    or information to form a belief as to the truth of the allegations contained in the paragraph and on
21    that basis denies each and every allegation.

22                          **Second Cause of Action**

23    28.    Responding to the second cause of action, Products Liability, section "Prod. L-1",
24    attached to the form complaint and located at page 5, defendant is without sufficient knowledge
25    or information to form a belief as to the truth of the allegation contained in the paragraph, and on
26    that basis denies each and every allegation.

27    29.    Responding to the second cause of action, Products Liability, section "Prod. L-2",
28    attached to the form complaint and located at page 5, defendant denies the allegation, that "each

-4-

1 defendant knew the product would be purchased and used without inspection for defects."

2     30.    Responding to the second cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 5, defendant denies the allegation that the product was defective when it left the control of each defendant.

3     31.    Responding to the second cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "The product at the time of the injury was being used in a manner intended by the defendants" and on that basis denies the allegation.

    32.    Responding to the second cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "The product at the time of the injury was being used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent", and on that basis denies the allegation.

    33.    Responding to the second cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 5, defendant denies that adequate warnings of the danger were not given.

    34.    Responding to the second cause of action, Products Liability, section "Prod. L-3", attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Plaintiff was a user of the product.

    35.    Responding to the second cause of action, Products Liability, section "Prod. L-4", subsection (a), attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Robert Bosch Tool Corporation "manufactured or assembled the product", and on that basis denies the allegation.

    36.    Responding to the second cause of action, Products Liability, section "Prod. L-4", subsection (b), attached to the form complaint and located at page 5, defendant is without

sufficient knowledge or information to form a belief as to the truth of the allegation that Robert Bosch Tool Corporation "designed and manufactured component parts supplied to the manufacturer", and on that basis denies the allegation.

37. Responding to the second cause of action, Products Liability, section "Prod. L-4", subsection (c), attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Robert Bosch Tool Corporation "sold the product to the public", and on that basis denies the allegation.

38. Responding to the second cause of action, Products Liability, section "Prod. L-5", attached to the form complaint and located at page 5, defendant denies the allegations.

39. Responding to the second cause of action, Products Liability, section "Prod. L-6", attached to the form complaint and located at page 5, defendant denies the allegations.

40. Responding to the second cause of action, Products Liability, section "Prod. L-7", attached to the form complaint and located at page 5, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis denies the allegations.

### Third Cause of Action

41. Responding to the third cause of action, Products Liability, section "Prod. L-1", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in the paragraph, and on that basis denies each and every allegation.

42. Responding to the third cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "defendants knew the product would be purchased and used without inspection for defects", and on that basis denies the allegation.

43. Responding to the third cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 6, defendant denies the allegation that "the product was defective when it left the control of each defendant."

44.     Responding to the third cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "The product at the time of the injury was being used in a manner intended by the defendant", and on that basis denies the allegation.

45.     Responding to the third cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that "The product at the time of the injury was being used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent", and on that basis denies the allegation.

46.     Responding to the third cause of action, Products Liability, section "Prod. L-2", attached to the form complaint and located at page 6, defendant denies that "Adequate warnings of the danger were not given."

47.     Responding to the third cause of action, Products Liability, section "Prod. L-3", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Plaintiff was a "user of the product", and on that basis denies the allegation.

48.     Responding to the third cause of action, Products Liability, section "Prod. L-4", subsection (a), attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Skil "manufactured or assembled the product", and on that basis denies the allegation.

49.     Responding to the third cause of action, Products Liability, section "Prod. L-4", subsection (b), attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that Skil "designed and manufactured component parts supplied to the manufacturer", and on that basis denies the allegation.

50.     Responding to the third cause of action, Products Liability, section "Prod. L-4", subsection (c), attached to the form complaint and located at page 6, defendant denies the

1  allegation.

2      51.    Responding to the third cause of action, Products Liability, section "Prod. L-5", attached to the form complaint and located at page 6, defendant denies the allegation.

4      52.    Responding to the third cause of action, Products Liability, section "Prod. L-6", attached to the form complaint and located at page 6, defendant denies the allegations.

6      53.    Responding to the third cause of action, Products Liability, section "Prod. L-7", attached to the form complaint and located at page 6, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state, in whole or in part, a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations and/or repose.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff knowingly and voluntarily assumed any and all risks associated with the matters alleged in the complaint. Pursuant to the doctrines of assumption of the risk or informed consent, this conduct bars in whole or in part the damages that plaintiff seeks to recover.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff was negligent with respect to the matters alleged in the complaint, and such negligence was the sole cause, or a proximate cause, of plaintiff's alleged injuries and damages, if any there be.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's recovery, if any, should be reduced pursuant to the comparative negligence, fault, responsibility, or causation of others, including, but not limited to plaintiff himself.

**SIXTH AFFIRMATIVE DEFENSE**

If plaintiff was injured by any product manufactured, sold, or distributed by defendant, those injuries occurred because the product was used for a purpose other than that for which it was intended, in a manner other than that for which it was intended to be used, and in disregard of instructions and directions regarding its use. Such misuse was not reasonably foreseeable to defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads the application of comment k of section 402A of the Restatement (Second) of Torts, and *Brown v. Superior Court* (1988) 44 Cal.3d 1049, and their limitations upon the doctrine of strict product liability for purported design defect.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries and damages, if any, were caused in whole or in part by the acts and omissions of third parties over whom defendant had no authority or control, including without limitation, misuse of any product manufactured, sold, or distributed by defendant by such third parties.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because any injuries and damages allegedly sustained by Plaintiff were the direct and proximate result of an independent, unforeseeable, superseding, or intervening cause.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by reason of Plaintiff's failure to mitigate the alleged damages or losses.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the equitable doctrines of laches, waiver, and estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant denies, to the extent the actions alleged may have occurred, that any entity engaging in the activities alleged was acting as the agent or servant of defendant, or at the instruction or subject to the control of defendant with regard to any of the actions described in

the complaint; thus, defendant is not liable for any acts or omissions of such third parties as a matter of law.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because, based on the state of scientific and technical knowledge at the time any product manufactured, sold, or distributed by defendant were marketed, they were reasonably safe for their normal and foreseeable use.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because the methods, standards, and techniques utilized by defendant in manufacturing, distributing, marketing, or labeling their products and in issuing warnings and instructions with respect to their use, conformed with the generally recognized, reasonably available, and reliable state of knowledge at the time the product was manufactured and distributed.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because defendant's advertisements and labeling with respect to any product manufactured, sold, or distributed by defendant were not false or misleading and, therefore, constitute protected commercial speech under the applicable provisions of the United States Constitution.

### SIXTEENTH AFFIRMATIVE DEFENSE

To the extent applicable, Plaintiff's purported breach of warranty claims are barred by a lack of privity between Plaintiff and defendant and because Plaintiff failed to provide defendant with reasonable or adequate notice of the alleged breach of any such purported warranties.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and upon such information and belief alleges that Plaintiff's claims are barred under Section 4, *et seq.* of the Restatement (Third) of Torts: Products Liability.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant request that plaintiff be denied the relief sought in the complaint and that

defendant be dismissed from this action and awarded costs together with any additional relief that the Court deems just and proper. defendant reserves the right to supplement its answer and affirmative defenses with additional defenses that become available or apparent during the course of investigation, preparation, or discovery and to amend its answer accordingly.

## **PRAYER**

**WHEREFORE**, defendant prays for relief and judgment against Plaintiff as follows:

1. That plaintiff takes nothing by reason of the complaint;
2. That this action be dismissed with prejudice;
3. That defendant recovers its costs incurred; and
4. Such further and other relief as the Court deems proper..

Dated: May __ , 2008        GORDON & REES LLP

By: /s/_____
    JACK B. MCCOWAN, JR.
Attorneys for Defendant ROBERT BOSCH TOOL CORPORATION