Embarcadero Center West

San Francisco, CA  94111
Telephone:   (415) 986 5900
Facsimile:   (415) 986 8054

Attorneys for Defendant
ROBERT BOSCH TOOL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDALLA BAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION,<br><br>    Defendants.                                         / | No.<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 29, 2008

/s/
JACK B. McCOWAN, JR.
Counsel for Defendant ROBERT BOSCH TOOL CORPORATION

BOSC/1051295/5702091v.1

American LegalNet, Inc.
www.FormsWorkflow.com