1

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



2

3   RICHARD W. WIEKING
CLERK OF COURT

4

June 17, 2008

5

6   **SECOND NOTICE**

7   Frank E. Schimaneck
Dryden, Margoles Schimaneck & Wertz
8   505 Sansome Street, 6th Floor
San Francisco, CA 94111

9

10  **Re:    ABDALLA BAKER  v. JLG INDUSTRIES INC.**
C08-02457 (JCS)
11       Counsel for Dft JLG Industries

12  Dear Counsel:

13       This matter has been randomly assigned to United States Magistrate Judge Joseph C.
Spero for all purposes including trial.
14

15       The magistrate judges of this district have been designated to conduct any and all
proceedings in a civil case including a jury or nonjury trial and to order the entry of a final
judgment, upon the consent of all parties.
16

17       A review of  our records discloses that the Consent to Proceed Before a United States
Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for
Reassignment to a United States District Judge  has not been filed in this case.  All parties are
18  requested to complete **one** of the attached forms documenting either consent or request for
reassignment and e-file it with the Court by **July 1, 2008.**  These forms can be found on the
19  Court's website at www.cand.uscourts.gov.

20                                        Sincerely,

21

                                         RICHARD W. WIEKING
22

23

                                         By: Karen L.Hom
24                                            Deputy Clerk

25  Attachments

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4　　　　　　　　　　UNITED STATES DISTRICT COURT

5　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

6

7　ABDALLA BAKER,　　　　　　　　　　　　No.  C 08-02457 JCS

8　　　　　　　Plaintiff(s),　　　　　　　**CONSENT TO PROCEED BEFORE A**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**
9　　　　v.

10　JLG INDUSTRIES INC., ET AL.,

11　　　　　　　Defendant(s).

12　_____/

13

14　　　　CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15　　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16　in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17　Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18　final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19　Appeals for the Ninth Circuit

20

21　Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature
22

23　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　(Name or party or indicate "pro se")
24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   ABDALLA BAKER,                                  No.  C 08-02457 JCS

8            Plaintiff(s),

                                                    **DECLINATION TO PROCEED BEFORE**
9       v.                                          **A MAGISTRATE JUDGE**
                                                              **AND**
10  JLG INDUSTRIES INC., ET AL.,                     **REQUEST FOR REASSIGNMENT TO A**
                                                    **UNITED STATES DISTRICT JUDGE**
11           Defendant(s).

12  _____/

13

14       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15       The undersigned party in the above-captioned civil matter hereby declines to consent to the

16  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17  requests the reassignment of this case to a United States District Judge.

18

19

20  Dated: _____        _____
                                           Signature
21

22                                         Counsel for _____
                                           (Name or party or indicate "pro se")
23

24

25

26

27

28