| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| 2 | **CORY A. BIRNBERG (SBN 105468)** |
|   | **SAMANTHA WILLIAMS (SBN 251344)** |
| 3 | **703 Market Street Suite 600** |
|   | **San Francisco, California 94103** |
| 4 | **Telephone Number: (415) 398-1040** |
|   | **Facsimile Number: (415) 398-2001** |
| 5 | |
| 6 | **Attorneys for Plaintiff** |
|   | **ABDALLA BAKER** |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDALLA BAKER, | Case No.  CV-02457-JCS |
| Plaintiff, | [*Alameda Superior Court No. RG08380408*] |
| vs. | |
| JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 through 20, | **REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SKIL** |
| Defendants. | FRCP 41(a) |

COMES NOW Plaintiff ABDALLA BAKER and hereby dismisses without prejudice Defendant SKIL, pursuant to Federal Rules of Civil Procedure 41(a). No responsive pleading has been filed by Defendant SKIL.

Dated: August 8, 2008                         BIRNBERG & ASSOCIATES

By: __/s/ Cory A. Birnberg_____
Cory A. Birnberg
Attorneys for Plaintiff Abdalla Baker

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)         Case No.  CV-02457-JCS

-1-