```
 1  JACK B. MCCOWAN, JR. (SBN: 062056)
    MELISSA M. FAIRBROTHER (SBN: 149787)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5  Email: jmccowan@gordonrees.com
    Email: mfairbrother@gordonrees.com
 6
    Attorneys for Defendant
 7  ROBERT BOSCH TOOL CORPORATION

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        (San Francisco Division)
11
```

| | |
|---|---|
| ABDALLA BAKER, | CASE NO. CV-08-2457-JCS |
| Plaintiff, | [Alameda Superior No. RG08380408] |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES** |
| JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 TO 20, | **[Local Rule 3-16]** |
| | Complaint Filed: April 7, 2008 |
| Defendant. | |

## ROBERT BOSCH TOOL CORPORATION'S NOTICE OF

## INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned counsel for Defendant ROBERT BOSCH TOOL CORPORATION certifies that no known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than ROBERT BOSCH TOOL CORPORATION itself (i) have a financial interest in the subject matter in

///

///

///

-1-

CERTIFICATION OF INTERESTED ENTITIES                               Case No. CV-08-2457-JCS

BOSC/1051295/5859127v.1

1 | controversy or in ROBERT BOSCH TOOL CORPORATION, or (ii) any other kind of interest
2 | that could be substantially affected by the outcome of this proceedings.
3 |
4 | Dated: August  11 , 2008                    GORDON & REES LLP
5 |
6 |                                              By: _____
7 |                                              JACK B. MCCOWAN, JR.
                                                 Attorneys for Defendant ROBERT BOSCH
                                                 TOOL CORPORATION
8 |

---

-2-

CERTIFICATION OF INTERESTED ENTITIES                          Case No. CV-08-2457-JCS