# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-02457 JCS**

**CASE NAME:  ABDALLA BAKER v. JLG INDUSTRIES INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 22, 2008      **TIME: 10 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Cory Birnberg | **COUNSEL FOR DEFENDANT:**<br>Susan Foe - Dft JLG<br>Melissa Fairbrother - Dft Bosch |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Parties shall file a letter with the Court, by 9/5/8, with the name of the mediator and mediation date.  Mediation shall occur within 120 days.
Updated joint case management conference statement one week prior to the cmc date.  Any party may appear by phone at the next cmc, and shall file a letter one (1) week prior to the hearing date with a contact phone number (no cell phone or speaker phone).  Court will initiate the phone contact.

**ORDER TO BE PREPARED BY:**      () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**    12/05/08 at 1:30 p.m., for a further case mgmt conference.

Number of Depos:         Number of Experts:         Discovery Cutoff: 06/25/09

Expert Disclosure for party with burden of proof: 05/01/09, party with no burden of proof: 5/15/09

Motions Hearing: 06/25/09 at 1:30 p.m.              Pretrial Conference: 9/25/9 at 1:30 p.m.

Trial Date: 10/05/09 at 8:30 a.m.  (X)Jury    ()Court    Set for 7 days

cc:       Chambers; Karen
* (T) = Telephonic Appearance