MELISSA M. FAIRBROTHER
MFAIRBROTHER@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

September 5, 2008

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Abdalla Baker v. JLG Industries, Inc., et al.*
      USDC, N.D. Cal., SF Div., Case no. C 08-02457 JCS

Dear Judge Spero:

At the August 22, 2008 Case Management Conference, the Court ordered the parties in the above-referenced matter to agree on a mediator and report the name of the mediator, as well as the date for mediation, to the court. The parties were ordered to report this information via letter on or before September 5, 2008. The court also ordered the parties to complete the mediation within 120 days of the Case Management Conference.

Immediately following the Case Management Conference, while still in the courthouse, counsel tentatively discussed prospective mediators, however nothing was decided. It was agreed that the parties in the very near future would discuss the matter further in order to comply with the Court's order. However despite the best efforts of counsel for defendant Robert Bosch Tool Corporation and counsel for defendant JLG Industries, Inc., including repeated voicemail messages and written correspondence, defense counsel has failed to receive any further communication from counsel for plaintiff regarding the selection of a mediator in this matter.

Counsel for defendant Robert Bosch Tool Corporation and counsel for defendant JLG Industries, Inc. represent that they are agreeable to using the following mediators in this action.

- Daniel J. Kelly
- Ralph Bastian
- George Shelby
- Herman D. Papa

Very truly yours,
GORDON & REES LLP

Melissa M. Fairbrother, Esq.
Counsel for Robert Bosch Tool Corporation

MMF:ms
cc:  Cory A. Binberg, Esq. (Counsel for Plaintiff)
     Frank E. Shimaneck, Esq. (Counsel for Defendant JLG Industries, Inc.)
     Susan E. Foe, Esq. (Counsel for Defendant JLG Industries, Inc.)

BOSC/1051295/5932557v.1