# BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.

Joseph Salama
Samantha S. Williams

Henry D. Dicum
Of counsel

ATTORNEYS AT LAW

703 MARKET STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94103

TEL   (415) 398-1040
FAX   (415) 398-2001
E-MAIL   birnberg@birnberg.com

5 September 2008

**VIA FIRST CLASS U.S. MAIL**

Honorable Joseph C. Spero
United States District Court
Northern District of California
San Francisco Branch
Clerk's office, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Abdalla Baker v. JLG Industries, Inc., et al.*
              Case No. C-02457-JCS
              Our File No. 2721

Dear Judge Spero:

      This letter is in response to Ms. Fairbrother's letter filed on September 5, 2008 regarding the choice of mediators to use for mediation.  Unfortunately, we did not receive the names and required information about possible mediators until accessing the letter Ms. Fairbrother sent to the court this afternoon.  My daughter broke her arm this week and I have been in doctor offices for the past couple days.  Counsel for Plaintiff is agreeable to using the following mediators in this action:

John Bates
Daniel Kelly
Harris Weinberg
Jerry Spolter

      We are attaching an email sent by Ms. Fairbrother which indicates that Defense Counsel is still waiting for a response from other defense attorneys as well.  Thank you.

                            Sincerely yours,
                            BIRNBERG & ASSOCIATES

                            */s/ Cory Birnberg*

                            Cory A. Birnberg

CAB:os
\\Cab4law\client\Baker, Abdalla v. JLG and SkilSaw~2721\Letters\Spero~mediators.doc

**From:** Melissa Fairbrother [mailto:MFairbrother@gordonrees.com]
**Sent:** Thursday, September 04, 2008 4:54 PM
**To:** birnberg@birnberg.com; Susan E. Foe
**Cc:** Jack McCowan
**Subject:** Baker

Dear Counsel:

I have left e-mail and voice-mail messages with both of you regarding proposed mediators and our need to comply with the court's order that we send a letter no later than September 5, 2008 advising the court of both the mediator chosen and the date set for mediation. To my knowledge I have not heard back from either of you. Please contact me at your earliest convenience so that we may deal with this issue.

Additionally, in keeping with my prior conversation with you both just following the case management conference, we are in the process of making arrangements to have RGW ship the circular saw used by the plaintiff to our facility in Mt. Prospect, IL for inspection. You both indicated that you would be agreeable to this and I wanted to confirm that you continue to have no objection to this plan for our non-destructive examination of the circular saw in question. We are trying to arrange for the inspection to occur sometime during the last two weeks of this month. Cory mentioned that he may wish to attend the examination. Please let me know if you want to do this in order that we can coordinate and make arrangements amenable to all who wish to participate.

Lastly, Cory your correspondence of August 29, 2008, forwarding the plaintiff's medical records, requested that I forward to you copies of the OSHA file as well as any records produced by RGW. I forwarded a copy of the OSHA file to your office on August 25, 2008, as well as a copy of the subpoena served on RGW. Please let me know if you need an additional copy. RGW advises me that they have no documents to produce regarding the saw.

Please contact me at your earliest convenience regarding these issues as well as a date for the plaintiff's deposition.

I look forward to hearing from you both, Melissa



San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Newark * Denver

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com