JACK B. MCCOWAN, JR. (SBN: 062056)
MELISSA M. FAIRBROTHER (SBN: 149787)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ROBERT BOSCH TOOL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDALLA BAKER, | USDC Action No. C-08-2457-JCS |
| Plaintiff, | **STIPULATION AND AMENDED ORDER OF DISMISSAL** |
| vs. | |
| JLG INDUSTRIES, INC.; ROBERT BOSCH TOOL CORPORATION; SKIL; and DOES 1 TO 20, | |
| Defendants. | |

Defendant Robert Bosch Tool Corporation ("Bosch") and plaintiff, Abdallah Baker, by and through their counsel, enter into the following stipulation, based upon the facts outlined below that they know to be true:

1. On February 12, 2009, counsel for plaintiff advised counsel for Bosch that plaintiff would dismiss this case against Bosch in consideration and exchange for Bosch's agreement to waive the costs of suit to which it would otherwise be entitled. (Exhibit A, February 12, 2009 email from Cory Birnberg to Melissa Fairbrother)

2. On February 13, 2009, counsel for Bosch advised counsel for plaintiff that Bosch would waive costs of suit in exchange for a dismissal with prejudice of the complaint as to Bosch and the execution by plaintiff of a release memorializing this agreement.

3. On the morning of February 13, 2009, counsel for plaintiff sent a letter to the Court

-1-

advising the Court that the "case has settled" and that the parties request that the Court issue a conditional dismissal.

    4. On February, 13, 2009, the Court issued an Order of Dismissal. (Exhibit B, Order of Dismissal)

Based upon the preceding history of events, Bosch and plaintiff stipulate to and request that the Court enter an Amended Order of Dismissal.

Dated: May 5, 2009                      GORDON & REES LLP

By: _____
JACK B. MCCOWAN, JR.
Attorneys for Defendant
ROBERT BOSCH TOOL CORPORATION

Dated: May 6, 2009                      BIRNBERG & ASSOCIATES

By: _____
CORY A. BIRNBERG
Attorneys for Plaintiff

AMENDED ORDER OF DISMISSAL

The Court having reviewed the stipulation of counsel for Bosch and plaintiff,

IT IS HEREBY ORDERED that the original Order of Dismissal entered on February 13, 2009 is amended to conform to the factual history outlined in counsel's stipulation, and this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: May 13, 2009

*Judge Joseph C. Spero*

# EXHIBIT A

**From:** "Cory Birnberg" <birnberg@birnberg.com>
**Date:** February 12, 2009 12:32:24 PM PST
**To:** "'Melissa Fairbrother'" <MFairbrother@gordonrees.com>
**Cc:** "'Frank E. Schimaneck'" <feschimaneck@drydenlaw.com>, "'Jack McCowan'" <JMcCowan@gordonrees.com>, <sefoe@drydenlaw.com>, "'Jeanine Chavin '" <jchavin@gordonrees.com>
**Subject: RE: Baker v. JLG, et. al**

Counsel

My client will dismiss for a waiver of costs. Please advise if this is now acceptable in settlement. Please advise me if you will want a release. If this is acceptable we will advise the court for a 90 day conditional dismissal.

Cory A. Birnberg

Cory A. Birnberg
Birnberg & Associates
1083 Mission St. Third Floor
San Francisco, CA 94103-2812
Voice: (415) 398-1040
Fax: (415) 398-2001
E-mail: birnberg@birnberg.com
Website: www.birnberg.com

Please note our new address- 1083 Mission St. 3rd Floor, San Francisco, California, 94103-2812 *effective November 1, 2008.*

*********************************************************
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for named recipients only. It may contain privileged or confidential matter. If you received this electronic mail in error, please notify the sender immediately by replying to this electronic mail or by collect telephone call to (415) 398-1040. Do not disclose the contents of this electronic mail to anyone.

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDALLA BAKER,

        Plaintiff(s),

   v.

JLG INDUSTRIES INC., ET. AL.,

        Defendant(s).

No. C 08-02457 JCS

**ORDER OF DISMISSAL**

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: February 13, 2009

JOSEPH C. SPERO
United States Magistrate Judge